UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

CLYDE RAMPERSAD,                                    Case 2:25-cv-01379-JS-ST

                Plaintiff,

    against

EQUIFAX INFORMATION SERVICES, INC.

                Defendant.

---------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE
## PURSUANT TO FRCP 41(a)(1)(A)(ii)

Plaintiff, CLYDE RAMPERSAD, and Defendant, EQUIFAX, through their respective counsel, hereby stipulate and agree that all claims and causes of action asserted by Plaintiff against the Defendant in the above-captioned action are dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Each party shall bear their own costs, expenses, and attorneys' fees.

Dated: May 23, 2025

                                    Respectfully submitted,

| | |
|---|---|
| April Forbes, Esq. | Forrest M. Seger, III, Esq. |
| April Forbes, P.C. | Clark Hill |
| Counsel for Plaintiff | Counsel for Defendant |
| P.O. Box 865 | 2301 Broadway |
| Hudson, New York 12534 | San Antonio, Texas 78215 |

```
SO ORDERED.
The Clerk of Court is directed to mark this case CLOSED.


Dated: May 27, 2025                           /s/ JOANNA SEYBERT
Central Islip, New York              Hon. Joanna Seybert, U.S.D.J.
```